# ABBEY, WEITZENBERG, WARREN & EMERY p.c.

RICHARD W. ABBEY
W. BARTON WEITZENBERG
PATRICK W. EMERY
LEWIS R. WARREN
BRENDAN M. KUNKLE
MITCHELL B. GREENBERG
DAVID W. BERRY
MICHAEL D. GREEN
MATTHEW R. LILLIGREN
STEPHANIE L. WALKER
SCOTT R. MONTGOMERY
TREVOR M. CODINGTON
ELIZABETH A. FRITZINGER
MICHAEL R. WANSER
JOHN M. SANFORD
JAIMEE M. MODICA
DAVID W. WOLFE

Attorneys and Counselors at Law

June 10, 2015

**VIA ECF ONLY**

Honorable Joseph C. Spero
U.S. District Court, Northern District of California
San Francisco Courthouse, Room G-15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    Yulupa Co-Housing Owners Association v. Virginia Surety Company, Inc., Old Republic General Insurance Corporation, Gallagher Basset Services, Inc.
            Case No.: CV-15-998-JCS
           **REQUEST TO APPEAR VIA TELEPHONE**

Dear Magistrate Judge Spero:

    I represent Plaintiff Yulupa Co-Housing Owners Association, in the above-referenced matter. This letter serves as my request to appear via telephone at the upcoming Case Management Conference, scheduled for June 12, 2015, at 2:00 p.m. In order for the Clerk of the Court to easily reach me for this hearing, please dial (707) 542-5050.

    Thank you for your attention to this matter.

Dated: June 11, 2015

Very truly yours,

Michael D. Green



IT IS SO ORDERED
Judge Joseph C. Spero

P.O. Box 1566 • Santa Rosa, CA 95402-1566
100 Stony Point Road, Suite 200 • Santa Rosa, CA 95401
Phone: (707) 542-5050 • Facsimile: (707) 542-2589 • www.abbeylaw.com