

643 BAIR ISLAND RD., STE. 40C
REDWOOD CITY, CA 94063
PHONE: 650 365 7710
FAX: 650 365 7981
WWW.BBGSLAW.COM

August 7, 2015

**VIA ECF ONLY**

Honorable Joseph C. Spero
U.S. District Court, Northern District of California
San Francisco Courthouse, Room G – 15th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: <u>Yulupa Co-Housing Owners Association v. Virginia Surety Company, Inc., et al.</u>
          Case No.: CV-15-998-JCS
          **REQUEST TO APPEAR VIA TELEPHONE**

Dear Magistrate Judge Spero:

    I represent defendants, Virginia Surety Company, Inc., Old Republic General Insurance Corporation and Gallagher Bassett Services, Inc. in the above-referenced matter. This letter serves as my request to appear via telephone at the upcoming Case Management Conference, scheduled for August 14, 2015 at 2:00 p.m. In order for the Clerk of the Court to easily reach me for this hearing, please dial (650) 365-7711 ex. 206.

    Thank you for your attention to this matter.

IT IS HEREBY ORDERED that
Mr. Campo shall be on phone standby
and await the Court's call.
Dated: 8/10/15

Very truly yours,

John R. Campo

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

JRC/jts

ARIZONA OFFICE: ESPLANADE IV, 2575 E. CAMELBACK RD., STE. 450 • PHOENIX, AZ 85016
P: 602 343 7443 • F: 602 865 1984