Michael D. Green, Esq. (SBN 214142)
Scott R. Montgomery, Esq. (SBN 278060)
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile:  707-542-2589
mgreen@abbeylaw.com
smontgomery@abbeylaw.com

Attorneys for Yulupa Co-Housing Owners Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULUPA CO-HOUSING OWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VIRGINIA SURETY COMPANY, INC., OLD REPUBLIC GENERAL INSURANCE CORPORATION, GALLAGHER BASSET SERVICES, INC., and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 15-cv-00998-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>HONORABLE JOSEPH C. SPERO |

　　　The parties, by and through their respective counsel of record, hereby stipulate to dismissal of this action in its entirety with prejudice. Each party is to bear its own costs and attorneys' fees.

///

///

///

///

-1-

**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION**

Dated: August 28, 2015        ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/Scott R. Montgomery
Scott R. Montgomery, Esq.
Attorneys for Plaintiff Yulupa Co-Housing
Owners Association

Dated: August 28, 2015        BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP

By /s/John R. Campo
John R. Campo, Esq.
Attorneys for Virginia Surety Company, Old
Republic General Insurance Corporation,
Gallagher Bassett Services, Inc.

-2-

**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION**

-3-

## [PROPOSED] ORDER

Pursuant to the above stipulation, IT IS ORDERED, this action is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated:_____, 2015

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

Abbey, Weitzenberg, Warren & Emery p.c.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050   Facsimile (707) 542-2589

-3-

**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION**